**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **HEIDI DICKENDASHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 2:18-cv-00049** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| **Serve: MO Dept. of Insurance** | ) | |
| **301 W. High Street, Rm 530** | ) | |
| **Jefferson City, MO 65101** | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT – EMPLOYEE RETIREMENT INCOME SECURITY ACT

**COMES NOW** Plaintiff Heidi Dickendasher, by and through the undersigned attorneys, and for her cause of action against Defendant Lincoln Financial Group, respectfully states the following:

## COUNT I: GENERAL ALLEGATIONS COMMON TO ALL COUNTS – VENUE AND JURISDICTION

1. This is an action arising under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001, et seq. (ERISA), to recover benefits due under an employee welfare benefit plan, to recover benefits under an employee insurance program, to redress breaches of fiduciary duties under ERISA, and to recover costs, attorneys' fees and interest as provided by ERISA.

2. This is an action brought pursuant to 29 U.S.C. § 1132(e)(1) and 28 § U.S.C. § 1331. Under 29 U.S.C. § 1132(f), the Court has jurisdiction without respect to the amount in controversy or the citizenship of the parties.

3. Venus is proper in this District pursuant to 29 U.S.C. § 1132(e)(2), in that the subject employee welfare benefit plan and employee insurance program are administered in this District, the breached of duty herein alleged occurred in this District, and all Defendants reside or are found in this District.

**PARTIES**

4. Plaintiff Heidi Dickendasher (hereinafter "Heidi") is an individual residing in Monroe City, Ralls County, Missouri, 63456 in the Eastern District of Missouri. Heidi is a vested participant in a Group Insurance Policy for certain employees of Roeslin and Associates Inc., which provides an employee benefit plan within the meaning of 29 U.S.C. § 1002. Heidi has standing to bring this action as a beneficiary under 29 U.S.C. § 1132(a).

5. Defendant Lincoln National Life Insurance Company (hereinafter "Lincoln") provides coverage for certain employees of Roeslin and Associates Inc., under an employee welfare benefit plan (hereinafter "Plan") within the meaning of 29 U.S.C. § 1002(1). Specifically, Lincoln provides Short Term Disability benefits (hereinafter "STD") as well as Long Term Disability benefits (hereinafter "LTD") through insurance coverage, among other benefits for Roeslin and Associates Inc. employees.

6. Lincoln is an insurance company incorporated in Indiana and is doing business in Missouri under a license to do business as a Foreign Insurance Company. Lincoln administers and pays benefits under the terms of the STD and LTD plans and is a fiduciary within the meaning of 29 U.S.C. §§ 1002(21) and 1102.

7. Roeslein & Associates, Inc., serves as the plan administrator and sponsor under the meaning of 29 U.S.C. § 1002(16).

## FACTS

8. Heidi was employed as a full-time employee at Roeslin and Associates Inc., beginning March 19, 2013.

9. Heidi worked as a Mechanical Project Engineer which among other duties required her to perform the following physical job requirements:

- Walk, stand, use hands and fingers, grip, handle or feel, reach with hands and arms, climb or balance, stoop, kneel, crouch or crawl
- Ability to lift and carry up to 50 pounds on a regular basis is required.

10. The STD Plan provides for a Maximum Benefit Period of 26 weeks of disability payments if a participant meets a test of disability which is as defined as:

a. In order to be considered Totally Disabled, the medical evidence must support that you would be unable to perform each of the main duties of your regular occupation.

11. Heidi developed a lump on the right upper leg that moved to lower leg. After that she started experiencing muscle, joint, and abdominal pain as well as fatigue, severe headaches, and trouble focusing.

12. On November 18, 2013 Heidi was diagnosed with arthralgia, fatigue, and neurological symptoms by Dr. Andrea Otto.

13. She was seen by Neurologist Dr. Rao who diagnosed her with a mild Chiari malformation.

14. Heidi was diagnosed by Dr. Zaheer Ahmed with mild carpel tunnel syndrome and disc desiccation at the C5-6 level with the loss of the cervical lordosis, and severe headaches.

15. Rheumatologist, Dr. Bashir, stated that Heidi showed a positive ANA test (antinuclear antibodies), as well as joint swelling and tenderness, all of which are symptoms of inflammatory arthritis.

16. On June 1, 2016 Heidi underwent a CT scan of the abdomen and pelvis which showed that she had diverticulosis.

17. Heidi returned to Dr. Otto on June 16, 2016 and complained of severe hot flashes occurring one to two times a month.

18. At a follow up appointment with Dr. Otto on July 14, 2016 she was diagnosed with Ramsay Hunt Auricular syndrome and was advised to start Acyclovir.

19. On July 15, 2016 Heidi was sent for a lumbar puncture which revealed clear cerebrospinal fluid.

20. On July 20, 2016 Heidi went to the emergency room due to a severe headache and it was recommended that she undergo a lumbar puncture blood patch.

21. Heidi sought treatment with Dr. Eduardo Benarroch on September 12, 2016 who diagnosed her with chronic headache, probable chronic migraine, chronic subjective dizziness, chronic fatigue syndrome, and possible fibromyalgia.

22. On September 14, 2016 Heidi saw Dr. Shirlene Sampson to evaluate her dizziness and depression. It was noted that her depression and anxiety symptoms had gotten so bad that she was not able to work for the two months prior.

23. Heidi was diagnosed by Dr. Sampson on September 14, 2016 with major depression single episode severe with psychosis, panic disorder with agoraphobia, persistent postural perceptual dizziness, generalized anxiety disorder, and nicotine use disorder. It was noted that she was a high risk for suicide.

24. On September 19, 2016 Dr. Wesley Gilliam performed an evaluation of Heidi's chronic pain syndrome and diagnosed her with a chronic headache, subjective dizziness, and possible fibromyalgia.

25. Dr. Thomas Osborn diagnosed Heidi with possible Sjogren's, as she had three of the six criteria. Dr. Osborn recommended a salivary scan and Plaquenil.

26. On September 23, 2016 Heidi sought treatment with Dr. Ferga Gleeson and it was indicated by her recent test results she had early features of chronic pancreatitis.

27. A follow up appointment with Dr. Otto on October 31, 2016 showed that Heidi had chronic pancreatitis and she was to continue treating her major depressive disorder with Abilify.

28. On November 14, 2016 Dr Bashir diagnosed Heidi with a positive ANA and recommended continuing her Plaquenil.

29. Heid returned to Dr. Otto on February 6, 2017 for intermittent numbness, tingling in her bilateral hands and feet, and intermittent diarrhea.

30. On February 20, 2017 Heidi indicated to Dr Bashir that the Plaquenil was no longer helping and that she was again experiencing pain. She was diagnosed with pain in the right and left knee, jaw pain, and inflammatory polyarthropathy. She was prescribed Leflunomide to replace her Plaquenil.

31. Heidi met with Dr. Donald Hopewell on April 26, 2017 for headaches. Dr. Hopewell diagnosed her with migraine without aura and discoid lupus erythematosus. She was prescribed Topamax and Sumatriptan for headaches and told to see a rheumatologist.

**COUNT II: WRONGFUL DENIAL OF SHORT TERM DISABILITY CLAIM**

32. Plaintiff incorporates by reference paragraphs 1-31 of her Complaint as if fully set forth as paragraph 32.

33. Heidi submitted a proof of claim to Lincoln in accordance with the terms of the STD Plan on August 1, 2016

34. On August 10, 2016, Lincoln advised Heidi that it had determined that she met the requirements for STD under the Plan had been approved for benefits beginning on July 25, 2016.

35. Heidi received STD benefits under the Plan from July 25, 2016 until her benefits were denied on October 31, 2016.

36. Lincoln's cited reason for denial was that it had been determined that Heidi was no longer totally disabled.

37. Heidi received disability benefits under the STD Plan from July 25, 2016 to October 31, 2016 for a total amount of $3,039.00.

38. Heidi submitted to Lincoln in a timely manner documentation from her treating physicians that she was totally disabled and unable to fully conduct the duties of her job.

39. Heidi submitted an independent medical examination report from Dr. Poetz, whose findings confirmed Dr. Otto's, stating that Heidi is unable to perform the material duties of her own occupation since she is suffering with a Arnold Chiari Malformation and possible Ramsay Hunt Syndrome that has caused her fatigue and affects her daily living.

40. Despite Heidi's treating physicians' documentation and the independent medical examination report, Lincoln continues to disregard these facts and believes that Heidi has the ability to work.

41. Pursuant to the provisions of the STD Plan, Heidi appealed Lincoln's original decision to deny her short-term disability benefits after October 31, 2016 and she has exhausted all administrative remedies available to her through the insurer.

42. Plaintiff is entitled to $12,156.00, or the equivalent of 12 weeks of denied coverage from October 31, 2016 to January 23, 2017, of STD benefits wrongfully denied to her by Lincoln, plus interest for the time that Lincoln had failed to make disability benefit payments and send notice of its claim decision.

43. Plaintiff is entitled to recover reasonable attorney's fees, prejudgment interest and costs of her action herein, pursuant to 29 U.S.C. §1132(g).

**COUNT III: WRONGFUL DENIAL OF LONG TERM DISABILITY CLAIM**

44. Plaintiff incorporates by reference paragraphs 1-43 of her Complaint as if fully set forth as paragraph 44.

45. Heidi submitted all the necessary claim forms to apply for benefits under the LTD plan.

46. Heidi submitted to Lincoln in a timely manner documentation from her treating physicians that she was permanently and totally disabled and unable to perform the duties of her own occupation or any occupation due to sickness. Despite such evidence, Lincoln denied her claim.

47. Heidi appealed Lincoln's denial and has exhausted all administrative remedies available to her under the LTD policy.

48. Plaintiff is entitled to payment of LTD monthly benefits from January 15, 2017 until present plus interest for the time that Lincoln has failed to make disability benefit payments.

49. Plaintiff is entitled to recover reasonable attorney's fees, prejudgment interest, and costs of their action herein, pursuant to 29 U.S.C. §1132(g).

**WHEREFORE**, Plaintiff prays that this Court:

**(a)** Grant judgment in her favor and against Defendants on all claims;

**(b)** Order that Defendant pay all benefits due under the Plan from October 31, 2016 to the date of judgement, including interest thereon;

**(c)** Declare Plaintiff's rights under the terms of the Plan, and clarify her rights to future benefits under the terms of the Plan;

**(d)** Order that the Defendant pay the costs of suit, including Plaintiff's attorneys' fees and costs pursuant to 29 U.S.C. §1132(g); and

**(e)** Award all such other and further relief as this Court deems just and proper.

GALLAGHER DAVIS, L.L.P.

*/s/ Candace Weatherfield*
Matthew R. Davis, MO58205
Candace A. Weatherfield, MO70408
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
candace@gallagherdavis.com

Attorneys for Plaintiff