UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| HEIDI DICKENDASHER,<br><br>Plaintiff(s),<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant(s). | ) | No. 2:18-CV-00049-DDN |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge David D. Noce to District Judge Henry Edward Autrey.

July 3, 2018
Date

*Gregory J. Linhares* /
Clerk of Court

By: /s/ John Bernsen /
JOHN BERNSEN
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:18-CV-00049-HEA**