UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HEIDI DICKENDASHER<br>Plaintiff, | ) | |
| V. | ) | Case No. 2:18CV00049 |
| LINCOLN NATIONAL LIFE<br>Defendant. | ) | |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Iwana Rademaekers, move to be admitted pro hac vice to the bar of this court for the purpose of representing Defendant in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
Iwana Rademaekers

(b) Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

Name: Law Offices of Iwana Rademaekers, P.C.
Address: 14785 Preston Road, Suite 550
City, State Zip: Dallas, Texas 75254
Phone No.: 214-579-9319
Fax No.: 469-444-6456

(c) Email for movant-attorney;
iwana@rademaekerslaw.com

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
The University of Texas at Austin, December 22, 1987

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| Jurisdiction | Yr. Admitted | Reg. Number |
|---|---|---|
| State Bar of Texas | 1988 | 16452560 |
| US Dist Ct, Northern Dist of TX | 1988 | |
| US Dist Ct, Southern Dist of TX | 1998 | 22781 |
| (see attached for additional Bars) | | |

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

______________________________
Signature of Movant

Verified Motion for Admission Pro Hac Vice, Continuation Sheet

**Bars, state and federal, of which the movant is a member**

| JURISDICTION | DATE OF ADMISSION | REG NO. |
|---|---|---|
| U.S.D.C., Eastern District of Texas | 05/21/1998 | N/A |
| U.S.D.C., Western District of Texas | 09/02/1998 | N/A |
| U.S.D.C., Eastern/Western District of Arkansas | 05/22/1998 | N/A |
| U.S.D.C., District of Colorado | 01/14/2002 | N/A |
| U.S.D.C., Western District of Oklahoma | 08/13/2013 | 13-130 |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/1998 | N/A |
| U.S. Court of Appeals for the Fifth Circuit | 08/19/2002 | N/A |
| U.S. Court of Appeals for the Eighth Circuit | 01/25/2000 | N/A |
| U.S. Court of Appeals for the Ninth Circuit | 08/27/2014 | N/A |
| U.S. Court of Appeals for the Tenth Circuit | 07/29/2002 | N/A |
| U.S. Court of Appeals for the Eleventh Circuit | 02/06/2012 | N/A |