**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

HEIDI DICKENDASHER, )
)
)
Plaintiff(s), )
)
vs. ) Case No. 2:18cv00049-HEA
LINCOLN NATIONAL LIFE INSURANCE COMPANY, )
)
)
Defendant(s). )

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Defendant hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):
      Lincoln National Corporation

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
      None

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
      Lincoln National Corporation

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship: N/A

/s/ Iwana Rademaekers
Signature (Counsel for Plaintiff/Defendant)
Print Name: Iwana Rademaekers
Address: 14785 Preston Road, Ste 550
City/State/Zip: Dallas, TX 75254
Phone: (214) 579-9319

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
August 30, 2018.

/s/ Iwana Rademaekers

Signature