**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **HEIDI DICKENDASHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.:2:18-cv-49 HEA** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LINCOLN NATIONAL LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| **Defendant.** | ) | |

## ENTRY OF APPEARANCE

COMES NOW Matthew R. Davis and enters his appearance on behalf of the Plaintiff, Heidi Dickendasher.

Respectfully submitted,

**GALLAGHER DAVIS, L.L.P.**

*/s/ Matthew R. Davis*
Matthew R. Davis, MO58205
Candace A. Weatherfield, MO70408
2333 South Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax: (314) 725-0101
matt@gallagherdavis.com
candace@gallagherdavis.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on October 16, 2018 the foregoing was served upon all counsel of record via the Court's electronic filing system.

*/s/ Matthew R. Davis*