UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| HEIDI DICKENDASHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:18CV49 HEA |
| | ) | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**CASE MANAGEMENT ORDER - TRACK 2: STANDARD**

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri, and the Joint Proposed Scheduling Plan [Doc. #10],

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

**I. SCHEDULING PLAN**

1. This case has been assigned to Track 2 (Standard).

2. All motions for joinder of additional parties or amendment of pleadings shall be filed no later than **November 15, 2018**.

3. Disclosure shall proceed in the following manner:

(a) The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **November 30, 2018**.

(b) Defendant will produce the Administrative Record by **November 30, 2018**.

(c) The parties shall complete all discovery in this case no later than **February 1, 2019**.

(d) This case shall be referred to alternative dispute resolution on **January 7, 2019**, and that reference shall terminate on **March 7, 2019**.

5. Any motions to dismiss, for summary judgment or motions for judgment on the pleadings must be filed no later than **April 1, 2019**. Opposition briefs shall be filed no later than **April 22, 2019**, and any reply brief may be filed no later than **April 29, 2019.**

In the event dispositive motions are filed prior to the above specified date, the opposing party shall file a response twenty-one (21) days after the filing of the dispositive motion. A reply may be filed seven (7) days after the filing of the response.

No later than twenty-one (21) days preceding the deadline for completion of discovery, any party may request **in a written motion** that the Court hold a supplemental conference to discuss issues of scheduling and management of the action. **WHETHER TO GRANT SUCH A REQUEST IS A MATTER FOR THE COURT'S DISCRETION.**

## II. ORDER RELATING TO TRIAL

This matter will be set for trial after ruling has been made on any dispositive motion(s).

Failure to comply with any part of this Order may result in the imposition of sanctions.

Dated this 29th day of October, 2018.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE