**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **HEIDI DICKENDASHER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 2:18-CV-00049** |
| **v.** | ) | |
| | ) | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO WITHDRAW

COMES NOW Candace A. Weatherfield, who moves to withdraw as co-counsel on behalf of Plaintiff Heidi Dickendasher. Matthew R. Davis, of the law firm Gallagher Davis, L.L.P. will continue as lead counsel for Plaintiff.

GALLAGHER DAVIS, LLP

*/s/Candace A. Weatherfield*


Matthew R. Davis, MO58205
Candace A. Weatherfield, MO70408
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax (314) 725-0101
matt@gallagherdavis.com
candace@gallagherdavis.com
Attorneys for Plaintiff


**Certificate of Service**

This document was file upon all parties of record on November 21, 2018 via the Court's electronic filing system.

*/s/ Candace A. Weatherfield*