Reset

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Heidi Dickendasher<br>Plaintiff(s), | ) | |
| vs. | ) | Case No. 2:18-cv-49 |
| Lincoln National Life Insurance Company<br>Defendant(s). | ) | |

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated 1/7/2019 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Mike Geigerman

Firm Name and Address: United States Arbitration & Mediation
500 N. Broadway, Suite 1800
St. Louis MO 63102

Telephone & FAX Number: Tel: (314) 231-4642 Fax: (314) 231-0137

**The attorneys of record in this case are:**

Name of Lead Counsel: Matthew R. Davis

Firm Name and Address: Gallagher Davis, LLP
2333 South Hanley Road
St. Louis, MO 63144

Telephone & FAX Number: Phone 314-725-1780 Fax 314-725-0101

Name of Other Counsel: Iwana Rademaekers

Firm Name and Address:

Law Offices of Iwana Rademaekers, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254

Telephone & FAX Number: Main: (214) 579-9319 Fax: (469) 444-6456

**The completion deadline for this ADR referral is** 3/7/2019

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: February 21 20 19

Time of Conference: 10:00 a.m. a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location: USA&M

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

1/11/2019
Date

/s/ Matthew R. Davis

Signature of Plaintiff(s)

/s/ Iwana Rademaekers (signed with consent)

Signature of Defendant(s)