UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Heidi Dickendasher

Vs.

Lincoln National Life Insurance Companyd

Case No. 2:18-CV-00049

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

---

**Option 1**

( ) An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _______ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: ___________________. *Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

---

**Option 2**

(X) A final ADR conference was held on February 21, 2019.

( ) All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

( ) The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

---

---

**The ADR referral was concluded on February 21, 2019. The parties [(X) did ( ) did not] achieve a settlement.**

---

Option 3

( ) Although this case was referred to ADR, a conference WAS NOT HELD.

---

2/27/19
Date

Neutral, ~~Mr.~~Michael S. Geigerman