**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **HEIDI DICKENDASHER,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | **Case No.:2:18-cv-49 HEA** |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **LINCOLN NATIONAL LIFE** | **)** | |
| **INSURANCE COMPANY,** | **)** | |
| **Defendant.** | **)** | |

## STIPULATION FOR DISMISSAL

Comes Now the Parties and stipulates that this case be dismissed with prejudice, each party to bear its own costs.

**GALLAGHER DAVIS, L.L.P.**

*/s/ Matthew R. Davis*
Matthew R. Davis, 58205
2333 S. Hanley Road
St. Louis, Missouri 63144
(314) 725-1780
Fax (314) 725-0101

matt@gallagherdavis.com
Attorneys for Plaintiff

Law Offices of Iwana Rademaekers
By:***/s/ Iwana M.Rademaekers***
(with consent)
Iwana M. Rademaekers, 16452560
Law Offices of Iwana Rademaekers
14785 Preston Road, Suite 550
Dallas, Texas 75254
PH: (214) 579-9319
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 12, 2019 the foregoing was served upon all counsel of record via the Court's electronic filing system.

*/s/ Matthew R. Davis*